IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DONALD CALLAHAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 10-03256-CV-S-DW-SSA |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a trial by jury.

☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Dean Whipple on 5/17/2011, that the Commissioner's decision is AFFIRMED.

AT THE DIRECTION OF THE COURT

Dated: 5/18/2011        ANN THOMPSON
Court Executive

/s/J. Baldwin
By: Joella Baldwin, Deputy Clerk